IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| THOMAS A. PUSATERI | ) Case No. 06 B 09118 |
| AND LAURA L. PUSATERI, | ) |
| | ) Honorable Eugene R. Wedoff |
| Debtors. | ) |

## FINAL REPORT OF SALE

Frances Gecker (the "Trustee"), not individually, but as Chapter 7 Trustee of the bankruptcy estate of Thomas A. Pusateri and Laura L. Pusateri (the "Debtors"), by her attorneys, Frank/Gecker LLP, respectfully presents this final report of sale (the "Report") pursuant to Federal Rule of Bankruptcy Procedure 6004 (the "Bankruptcy Rules"), by Essex Antiques and states as follows:

1. Pursuant to Court Order dated October 24, 2006, Trustee was authorized to employ Richard J. Meliska of Essex Collectibles (collectively, "Essex") as her sales representative to liquidate the Debtor's inventory via internet auction sites, such as Ebay, Inc. for a period of six months (see Exhibit A).

2. The attached Exhibit B, lists the dates and amounts of inventory sold during that six-month period of time.

3. During the six month period, which commenced on September 2006 through March 2007, the gross sales were $12,481.57, of which Essex received a reimbursement of 45% in the amount of $5,616.71 in commission.

{ PUSATERI / 001 / 00010043.DOC /}

4.      The sale period has concluded and Trustee was authorized to abandon the remaining few items of inventory after the sale by Order of this court entered on October 24, 2006.

Dated:  May 18, 2007

Respectfully submitted,

FRANCES GECKER, not individually, but as Chapter 7 Trustee of the bankruptcy estate of THOMAS A. PUSATERI AND LAURA L. PUSATERI

By: /s/ *Zane L. Zielinski*
    One of her attorneys

Zane L. Zielinski (ARDC #6278776)
**Frank/Gecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60610
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com

2