UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| PUSATERI, THOMAS A. ) | | Case No. 06-09118-ERW |
| PUSATERI, LAURA L. ) | | |
| Debtor(s). ) | | Hon. Eugene R. Wedoff |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

    On: **June 24, 2009**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                        $96,003.82

    Disbursements                                   $5,772.84

    Net Cash Available for Distribution             $90,230.98

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Frances Gecker<br>*Trustee Compensation* | $0.00 | $8,050.01 | $0.00 |
| FRANK/GECKER LLP<br>*Attorney for Trustee* | $0.00 | $6,670.00 | $63.49 |
| ALAN D. LASKO & ASSOCIATES<br>*Accountant for Trustee* | $0.00 | $1,571.50 | $16.10 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $137,532.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 53.7000%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Recovery Management Systems Corpora | $353.00 | $189.57 |
| 000002 | Recovery Management Systems Corpora | $2,792.10 | $1,499.46 |
| 000003 | Malhame | $770.57 | $413.82 |
| 000004 | Lighthouse Marketing Ltd. | $249.13 | $133.79 |
| 000005 | American Express Centurion Bank | $12,683.53 | $6,811.51 |
| 000006 | American Express Travel Related Ser | $599.20 | $321.79 |
| 000007 | American Express Bank Fsb | $3,899.95 | $2,094.41 |
| 000008 | Lyon Design, Inc. | $304.14 | $163.34 |
| 000009 | Enesco | $4,982.70 | $2,675.89 |
| 000010 | Precious Moments, Inc. | $1,055.66 | $566.93 |
| 000011 | Us Bank | $17,773.28 | $9,544.89 |
| 000012 | Citibank ( South Dakota ) N.A. | $2,886.96 | $1,550.40 |
| 000013 | Chase Bank Usa, N.A. | $13,750.63 | $7,384.58 |
| 000014 | Chase Bank Usa, N.A. | $6,486.46 | $3,483.46 |
| 000015 | Citibank/Choice | $10,952.34 | $5,881.80 |
| 000016 | Citibank/Choice | $30,201.62 | $16,219.35 |
| 000017 | American Express Bank Fsb | $17,281.63 | $9,280.85 |
| 000018 | American Express Centurion Bank | $10,075.41 | $5,410.86 |
| 000019 | Dennis East International, Inc. | $434.21 | $233.18 |

7. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

8.  Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

9.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Kenneth S. Gardner, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor(s) have been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| VEHICLES | $500.00 |
| SECURITY DEPOSITS | $1,600.00 |
| Real Estate[1] | $275,000.00 |

Dated: **May 27, 2009**                                           For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street
Suite 625
Chicago, IL  60654
(312) 276-1401

---

[1] Debtors valued their residence on Schedule A at $275,000.00 with a $235,000.00 secured claim. Prepetition, the Debtors had refinanced the real estate, thus leaving the real estate with no equity.