UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| PUSATERI, THOMAS A. | ) | Case No. 06-09118-ERW |
| PUSATERI, LAURA L. | ) | |
| Debtor(s). | ) | Hon. Eugene R. Wedoff |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

    On: **June 24, 2009**           Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                             $96,003.82

    Disbursements                                         $5,772.84

    Net Cash Available for Distribution                  $90,230.98

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Frances Gecker<br>*Trustee Compensation* | $0.00 | $8,050.01 | $0.00 |
| FRANK/GECKER LLP<br>*Attorney for Trustee* | $0.00 | $6,670.00 | $63.49 |
| ALAN D. LASKO & ASSOCIATES<br>*Accountant for Trustee* | $0.00 | $1,571.50 | $16.10 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. Claims of general unsecured creditors totaling $137,532.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 53.7000%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Recovery Management Systems Corpora | $353.00 | $189.57 |
| 000002 | Recovery Management Systems Corpora | $2,792.10 | $1,499.46 |
| 000003 | Malhame | $770.57 | $413.82 |
| 000004 | Lighthouse Marketing Ltd. | $249.13 | $133.79 |
| 000005 | American Express Centurion Bank | $12,683.53 | $6,811.51 |
| 000006 | American Express Travel Related Ser | $599.20 | $321.79 |
| 000007 | American Express Bank Fsb | $3,899.95 | $2,094.41 |
| 000008 | Lyon Design, Inc. | $304.14 | $163.34 |
| 000009 | Enesco | $4,982.70 | $2,675.89 |
| 000010 | Precious Moments, Inc. | $1,055.66 | $566.93 |
| 000011 | Us Bank | $17,773.28 | $9,544.89 |
| 000012 | Citibank ( South Dakota ) N.A. | $2,886.96 | $1,550.40 |
| 000013 | Chase Bank Usa, N.A. | $13,750.63 | $7,384.58 |
| 000014 | Chase Bank Usa, N.A. | $6,486.46 | $3,483.46 |
| 000015 | Citibank/Choice | $10,952.34 | $5,881.80 |
| 000016 | Citibank/Choice | $30,201.62 | $16,219.35 |
| 000017 | American Express Bank Fsb | $17,281.63 | $9,280.85 |
| 000018 | American Express Centurion Bank | $10,075.41 | $5,410.86 |
| 000019 | Dennis East International, Inc. | $434.21 | $233.18 |

7. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

8. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Kenneth S. Gardner, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor(s) have been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| VEHICLES | $500.00 |
| SECURITY DEPOSITS | $1,600.00 |
| Real Estate[1] | $275,000.00 |

Dated: **May 27, 2009**                        For the Court,

                                       By:   **KENNETH S. GARDNER**
                                             Kenneth S. Gardner
                                             219 S. Dearborn Street
                                             7th Floor
                                             Chicago, Illinois 60604

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street
Suite 625
Chicago, IL  60654
(312) 276-1401

---

[1] Debtors valued their residence on Schedule A at $275,000.00 with a $235,000.00 secured claim. Prepetition, the Debtors had refinanced the real estate, thus leaving the real estate with no equity.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: May 27, 2009
Case: 06-09118                 Form ID: pdf002              Total Served: 50


The following entities were served by first class mail on May 29, 2009.
db/jdb       +Thomas A. Pusateri,   Laura L. Pusateri,   7601 West 160th Street,   Tinley Park, IL 60477-1320
aty          +Thomas W Toolis,   Jahnke & Toolis, LLC,   9031 West 151st Street,   Suite 203,
               Orland Park, IL 60462-6563
aty          +Zane L Zielinski,   Frank/Gecker LLP,   325 N. LaSalle,   Suite 625,   Chicago, IL 60654-6465
10842777     +AT & T,   PO BOX 8212,   Aurora, IL 60572-8212
10842772      American Express,   PO Box 36002,   Fort Lauderdale, FL 33336-0002
10918413      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10918411      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10918412      American Express Travel Related Services Co Inc,   c/o Becket and Lee LLP,   POB 3001,
               Malvern PA 19355-0701
10842773     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
10842778     +Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
10842779     +Cap One Bk,   Po Box 85520,   Richmond, VA 23285-5520
10842780      Carlton Cards,   One American Road,   Cleveland, OH 44144-2398
10842781     +Cbusasears,   Po Box 6189,   Sioux Falls, SD 57117-6189
10842783     +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
10965477     +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10842786     +Citi,   Po Box 6003,   Hagerstown, MD 21747-6003
10842785     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
10842787     +Citi Cards,   PO BOX 6415,   The Lakes, NV 88901-6415
10946181     +Citibank ( South Dakota ) N.A.,   DBA: SEARS,   POB 182149,   Columbus, OH 43218-2149
10971793      Citibank/CHOICE,   Exception Payment Processing,   P.O. Box 6305,   The Lakes, NV 88901-6305
10842789     +Crystal Clear Industries,   PO Box 60,   Ridgefield Park, NJ 07660-0060
10842790     +Dennis East International, Inc.,   PO Box 8,   17 Shad Hole Road,   Dennis Port, MA 02639-1946
10842791     +Enesco,   225 Windsor Dr,   Itasca, Il 60143-1225
10842792    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,   38 Fountain Square Plz,   Cincinnati, OH 45263)
10842793     +First Data,   265 Broad Hollow R,   Melville, NY 11747-4802
10842794     +First Equity Card,   PO Box 84075,   Columbus, GA 31908-4075
10842795     +Ganz Inc.,   60 Industrial Parkway,   Buffalo, NY 14227-2774
10842796     +Gemb/Exxonmobil,   Po Box 981400,   El Paso, TX 79998-1400
10842798     +Hsbc Nv,   16430 N Scottsdale Rd,   Scottsdale, AZ 85254-1518
10842799     +Laid Back Enterprises, Corp.,   PO Box 96-0177,   Oklahoma City, OK 73196-0001
10842800     +Lighthouse Marketing Ltd.,   70 Twine Mill Road,   PO BOx 459,   West Kennebunk, ME 04094-0459
10842801     +Lyon Design, Inc.,   2440 South 3600 West,   P O BOX 27873,   Salt Lake City, UT 84127-0873
10842802     +Malhame,   Regina Press & Malco Gift,   10 Hub Drive,   Melville, NY 11747-3522
10842803      Midwest Suburban Publishing,   PO Box 757,   Tinley Park, IL 60477-0757
10842804      National City Mortgage,   2300 North Barrington Road #350,   Schaumburg, IL 60195
10842805     +New Plan Excel Realty Trust, Inc.,   1120 Avenue of the Americas,   New York, NY 10036-6700
10842809      Precious Moments, Inc.,   PO Box 843205,   Kansas City, MO 64184-3205
10842810     +Russ Berrie US Gifts, Inc.,   4233 Paysphere Circle,   Chicago, IL 60674-0042
10842811     +Telecheck Services, Inc.,   5251 Westheimer,   Houston, TX 77056-5499
10842813     +The San Fransisco Music Box Company,   6411 Burleson Road,   Austin, TX 78744-1414
10937006    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US BANK,   PO BOX 5229,   CINCINNATI, OHIO 45201)
10842814     +Us Bank/Na Nd,   4325 17th Ave S,   Fargo, ND 58125-6200

The following entities were served by electronic transmission on May 28, 2009.
tr           +E-mail/Text: csmith@fgllp.com                            Frances Gecker,   325 North LaSalle Street,
               Suite 625,   Chicago, IL 60654-6465
12407638     +E-mail/PDF: rmscedi@recoverycorp.com May 28 2009 04:22:23      Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
10842788     +E-mail/Text: brandy.glashin@comed.com                            Commonwealth Edison & Co,,
               System Credit/Bankruptcy Dept.,   2100 Swift Drive,   Oak Brook, IL 60523-1559
10842797     +E-mail/PDF: gecsedi@recoverycorp.com May 28 2009 04:22:40      Gemb/Jcp,   Po Box 984100,
               El Paso, TX 79998-4100
10842808     +E-mail/Text: bankrup@nicor.com                            NICOR,   PO BOX 310,
               Aurora, IL 60568-0001
12390147      E-mail/PDF: rmscedi@recoverycorp.com May 28 2009 04:21:55
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10897278     +E-mail/PDF: rmscedi@recoverycorp.com May 28 2009 04:22:00
               Recovery Management Systems Corporation,   For GE Money Bank,   dba EXXONMOBIL,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
10897279     +E-mail/PDF: rmscedi@recoverycorp.com May 28 2009 04:21:40
               Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10842774*    +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
10842775*    +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
10842776*    +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
10842782*    +Cbusasears,   Po Box 6189,   Sioux Falls, SD 57117-6189
10842784*    +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
10842806*    +New Plan Excel Realty Trust, Inc.,   1120 Avenue of the Americas,   New York, NY 10036-6700
10842807*    +New Plan Excel Realty Trust, Inc.,   1120 Avenue of the Americas,   New York, NY 10036-6700
10842812*    +Telecheck Services, Inc.,   5251 Westheimer,   Houston, TX 77056-5499
                                                                                   TOTALS: 0, * 8
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: May 27, 2009
Case: 06-09118                Form ID: pdf002          Total Served: 50

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2009**            **Signature:** _Joseph Speetjens_