## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PUSATERI, THOMAS A. | § | Case No. 06-09118 ERW |
| PUSATERI, LAURA L. | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  277,100.00 | Assets Exempt: 42,875.00 |
| Total Distributions to Claimants:  73,862.97 | Claims Discharged Without Payment:  227,447.94 |
| Total Expenses of Administration:  22,143.94 | |

3) Total gross receipts of $ 96,006.91  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 96,006.91  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 235,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 22,143.94 | 22,143.94 | 22,143.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 247,231.49 | 137,532.52 | 137,666.32 | 73,862.97 |
| **TOTAL DISBURSEMENTS** | $ 482,231.49 | $ 159,676.46 | $ 159,810.26 | $ 96,006.91 |

4) This case was originally filed under chapter 7 on 07/31/2006 . The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/15/2010                    By: /s/Frances Gecker
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| XPRESS TITLE account | 1110-000 | 49,356.49 |
| Xpress Title - Fund Account | 1110-000 | 32,900.94 |
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 12,481.57 |
| Post-Petition Interest Deposits | 1270-000 | 1,267.91 |
| TOTAL GROSS RECEIPTS | | $96,006.91 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| National City Mortgage 2300 N. Barrington Road #350 Schaumburg, IL 60195 | | 235,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | $ 235,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | 2100-000 | NA | 8,050.01 | 8,050.01 | 8,050.01 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 74.36 | 74.36 | 74.36 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 81.77 | 81.77 | 81.77 |
| FRANK/GECKER LLP | 3110-000 | NA | 6,670.00 | 6,670.00 | 6,670.00 |
| FRANK/GECKER LLP | 3120-000 | NA | 63.49 | 63.49 | 63.49 |
| ALAN D. LASKO & ASSOCIATES | 3410-000 | NA | 1,571.50 | 1,571.50 | 1,571.50 |
| ALAN D. LASKO & ASSOCIATES | 3420-000 | NA | 16.10 | 16.10 | 16.10 |
| RICHARD MELISKA | 3610-000 | NA | 5,616.71 | 5,616.71 | 5,616.71 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 22,143.94 | $ 22,143.94 | $ 22,143.94 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT & T PO BOX 8212 Aurora, IL 60572 | | 180.00 | NA | NA | 0.00 |
| Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 12,870.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | 10,253.00 | NA | NA | 0.00 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | 554.00 | NA | NA | 0.00 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | 168.00 | NA | NA | 0.00 |
| Bank Of America<br>Po Box 1598<br>Norfolk, VA 23501 | | 10,544.00 | NA | NA | 0.00 |
| Cap One Bk<br>Po Box 85520<br>Richmond, VA 23285 | | 4,751.00 | NA | NA | 0.00 |
| Carlton Cards<br>One American Road<br>Cleveland, OH 441442398 | | 1,531.87 | NA | NA | 0.00 |
| Cbusasears<br>Po Box 6189<br>Sioux Falls, SD 57117 | | 2,922.00 | NA | NA | 0.00 |
| Cbusasears<br>Po Box 6189<br>Sioux Falls, SD 57117 | | 2,683.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | | 13,750.00 | NA | NA | 0.00 |
| Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | | 6,447.00 | NA | NA | 0.00 |
| Commonwealth Edison & Co.<br>System Credit/Bankruptcy Dept.<br>2100 Swift Drive<br>Oak Brook, IL 60523 | | 600.00 | NA | NA | 0.00 |
| Crystal Clear Industries<br>PO Box 60<br>Ridgefield Park, NJ 076602380 | | 568.20 | NA | NA | 0.00 |
| Enesco<br>5206 Paysphere Circle<br>Chicago, IL 60674 | | 4,879.75 | NA | NA | 0.00 |
| Fifth Third Bank<br>38 Fountain Square Plz<br>Cincinnati, OH 45263 | | 0.00 | NA | NA | 0.00 |
| First Data<br>265 Broad Hollow R<br>Melville, NY 11747 | | 748.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First Equity Card<br>PO Box 84075<br>Columbus, GA 319014075 | | 9,343.70 | NA | NA | 0.00 |
| Ganz Inc.<br>60 Industrial Parkway<br>Buffalo, NY 142279903 | | 3,910.46 | NA | NA | 0.00 |
| Gemb/Exxonmobil<br>Po Box 981400<br>El Paso, TX 79998 | | 389.00 | NA | NA | 0.00 |
| Gemb/Jcp<br>Po Box 984100<br>El Paso, TX 79998 | | 2,792.00 | NA | NA | 0.00 |
| Hsbc Nv<br>16430 N Scottsdale Rd<br>Scottsdale, AZ 85254 | | 13,495.00 | NA | NA | 0.00 |
| Laid Back Enterprises, Corp.<br>PO Box 960177<br>Oklahoma City, OK 731960177 | | 105.67 | NA | NA | 0.00 |
| Midwest Suburban Publishing<br>PO Box 757<br>Tinley Park, IL 604770757 | | 984.00 | NA | NA | 0.00 |
| NICOR<br>PO BOX 310<br>Aurora, IL 60568 | | 42.48 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| New Plan Excel Realty Trust, Inc. 1120 Avenue of the Americas New York, NY 10036 | | 34,159.80 | NA | NA | 0.00 |
| New Plan Excel Realty Trust, Inc. 1120 Avenue of the Americas New York, NY 10036 | | 23,631.38 | NA | NA | 0.00 |
| Russ Berrie US Gifts, Inc. 4233 Paysphere Circle Chicago, IL 60674 | | 140.28 | NA | NA | 0.00 |
| Telecheck Services, Inc. 5251 Westheimer Houston, TX 77056 | | 720.00 | NA | NA | 0.00 |
| The San Fransisco Music Box Company 6411 Burleson Road Austin, TX 78744 | | 481.00 | NA | NA | 0.00 |
| AMERICAN EXPRESS BANK FSB | 7100-000 | 17,436.65 | 17,281.63 | 17,281.63 | 9,281.24 |
| AMERICAN EXPRESS BANK FSB | 7100-000 | NA | 3,899.95 | 3,899.95 | 2,094.50 |
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 10,075.41 | 10,075.41 | 5,411.08 |
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 12,683.53 | 12,683.53 | 6,811.79 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SER | 7100-000 | NA | 599.20 | 599.20 | 321.81 |
| CHASE BANK USA, N.A. | 7100-000 | NA | 6,486.46 | 6,486.46 | 3,483.60 |
| CHASE BANK USA, N.A. | 7100-000 | NA | 13,750.63 | 13,750.63 | 7,384.89 |
| CITIBANK ( SOUTH DAKOTA ) N.A. | 7100-000 | 4,381.03 | 2,886.96 | 2,886.96 | 1,550.47 |
| CITIBANK/CHOICE | 7100-000 | 30,201.00 | 30,201.62 | 30,201.62 | 16,220.03 |
| CITIBANK/CHOICE | 7100-000 | 10,952.00 | 10,952.34 | 10,952.34 | 5,882.04 |
| DENNIS EAST INTERNATIONAL, INC. | 7100-000 | 428.03 | 434.21 | 434.21 | 233.20 |
| ENESCO | 7100-000 | NA | 4,982.70 | 4,982.70 | 2,676.00 |
| LIGHTHOUSE MARKETING LTD. | 7100-000 | 249.13 | 249.13 | 249.13 | 0.00 |
| LYON DESIGN, INC. | 7100-000 | 309.34 | 304.14 | 304.14 | 163.34 |
| MALHAME | 7100-000 | 761.06 | 770.57 | 770.57 | 413.84 |
| PRECIOUS MOMENTS, INC. | 7100-000 | 1,055.66 | 1,055.66 | 1,055.66 | 566.95 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 2,792.10 | 2,792.10 | 1,499.52 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | NA | 353.00 | 353.00 | 189.58 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| US BANK | 7100-000 | 17,813.00 | 17,773.28 | 17,773.28 | 9,545.29 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 7100-001 | NA | 0.00 | 133.80 | 133.80 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 247,231.49 | $ 137,532.52 | $ 137,666.32 | $ 73,862.97 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit 8

| Case No: | 06-09118   ERW   Judge: Eugene R. Wedoff | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | PUSATERI, THOMAS A. | Date Filed (f) or Converted (c): | 07/31/06 (f) |
| | PUSATERI, LAURA L. | 341(a) Meeting Date: | 08/28/06 |
| For Period Ending: 02/15/10 | | Claims Bar Date: | 11/30/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,267.91 | Unknown |
| 2. Real Estate<br>    Debtor claimed exemption of $30,000.00.  Liens of $235,000.00 make<br>    the value of the asset and estimated $10,000.<br>    Debtor Claimed Exemption | 275,000.00 | 10,000.00 | DA | 0.00 | FA |
| 3. BANK ACCOUNTS<br>    Debtor claimed exemption - therefore asset is not property of estate and<br>    not DA.<br>    Debtor Claimed Exemption | 600.00 | 0.00 | | 0.00 | FA |
| 4. XPRESS TITLE account<br>    Xpress Title, 5544 W. 147th Street, Oak Forest, IL 60452 -<br>    708-388-3850 | 49,356.49 | 49,356.49 | | 49,356.49 | FA |
| 5. Xpress Title - Fund Account<br>    Funds required to be paid to creditors for refinance to improve debt ratio<br>    per attached. | 32,900.94 | 32,900.94 | | 32,900.94 | FA |
| 6. TLC Checking Account<br>    Debtor claimed exemption - therefore asset is not property of estate and<br>    not DA.<br>    Debtor Claimed Exemption | 3,500.00 | 0.00 | | 0.00 | FA |
| 7. SECURITY DEPOSITS | 1,600.00 | 1,600.00 | DA | 0.00 | FA |

Ver  15 06b

LFORM1
UST Form 101-7-TDR (9/1/2009) (Page: 12)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2
Exhibit 8

| Case No: | 06-09118    ERW   Judge: Eugene R. Wedoff | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | PUSATERI, THOMAS A. | Date Filed (f) or Converted (c): | 07/31/06 (f) |
|  | PUSATERI, LAURA L. | 341(a) Meeting Date: | 08/28/06 |
|  |  | Claims Bar Date: | 11/30/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 8. HOUSEHOLD GOODS<br>  Debtor claimed exemption - therefore asset is not property of estate and<br>  not DA.<br>  Debtor Claimed Exemption | 1,000.00 | 0.00 |  | 0.00 | FA |
| 9. WEARING APPAREL<br>  Debtor claimed exemption - therefore asset is not property of estate and<br>  not DA.<br>  Debtor Claimed Exemption | 950.00 | 0.00 |  | 0.00 | FA |
| 10. VEHICLES<br>  1991 Chevy Pick-up S-10, Miles 90,000.  Debtor claimed exemption -<br>  therefore asset is not property of estate and not DA.<br>  Debtor Claimed Exemption | 2,025.00 | 0.00 |  | 0.00 | FA |
| 11. VEHICLES<br>  1998 Chevy Malibu, Miles 70,000.  Debtor claimed exemption -<br>  therefore asset is not property of estate and not DA.<br>  Debtor Claimed Exemption | 4,550.00 | 0.00 |  | 0.00 | FA |
| 12. VEHICLES<br>  1999 Chevy Van, Miles 70,000  Debtor claimed exemption - therefore<br>  asset being abandoned  is valued at $250.00.<br>  Debtor Claimed Exemption | 500.00 | 250.00 | DA | 0.00 | FA |
| 13. MACHINERY AND SUPPLIES | 7,500.00 | 6,000.00 |  | 6,864.86 | FA |

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

Ver 15.06b

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    3
Exhibit 8

| Case No: | 06-09118    ERW   Judge: Eugene R. Wedoff |
| Case Name: | PUSATERI, THOMAS A. |
|  | PUSATERI, LAURA L. |

| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 07/31/06 (f) |
| 341(a) Meeting Date: | 08/28/06 |
| Claims Bar Date: | 11/30/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|  |  |  |  |  | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $379,482.43 | $100,107.43 |  | $90,390.20 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS FILED A FINAL REPORT IN THIS CASE AND WILL BE SUBMITTING A FINAL ACCOUNT TO THE U.S. TRUSTEE FOR
APPROVAL.  ONCE THE FINAL ACCOUNT IS APPROVED, THE CASE WILL BE CLOSED.

Initial Projected Date of Final Report (TFR): 02/28/09        Current Projected Date of Final Report (TFR): 02/28/09

/s/    Frances Gecker

_____ Date: 02/15/10

FRANCES GECKER

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 06-09118 -ERW |
| Case Name: | PUSATERI, THOMAS A. |
| | PUSATERI, LAURA L. |
| Taxpayer ID No: | 75-6798062 |
| For Period Ending: | 02/15/10 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3613  MONEY MARKET |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/28/06 | 4 | XPRESS TITLE Services, Inc. 5544 W. 147th Street, Unit B5 Oak Forest, IL  60452 | Sale of Real Property | 1110-000 | 49,356.49 | | 49,356.49 |
| 08/31/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 1.27 | | 49,357.76 |
| 09/13/06 | 5 | Xpress Title Services, Inc. 5544 West 147th Street, Unit B5 Oak Forest, IL  60452 | Sale of Real Property | 1110-000 | 32,900.94 | | 82,258.70 |
| 09/29/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 52.23 | | 82,310.93 |
| 10/31/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 69.91 | | 82,380.84 |
| 11/30/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 67.71 | | 82,448.55 |
| 12/29/06 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 70.02 | | 82,518.57 |
| 01/31/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 70.09 | | 82,588.66 |
| 02/28/07 | 1 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 63.36 | | 82,652.02 |
| 03/21/07 | 001000 | INTERNATIONAL SURETIES, LTD Suite 500 203 Carondelet Street New Orleans, LA  70130 | Bond Payments | 2300-000 | | 74.36 | 82,577.66 |

| | | | | Page Subtotals | 82,652.02 | 74.36 | |

Ver: 15.06b

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   2

Exhibit 9

| | | |
|---|---|---|
| Case No: | 06-09118 -ERW | |
| Case Name: | PUSATERI, THOMAS A. | |
| | PUSATERI, LAURA L. | |
| Taxpayer ID No: | 75-6798062 | |
| For Period Ending: | 02/15/10 | |

| | | |
|---|---|---|
| Trustee Name: | Frances Gecker | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | *******3613  MONEY MARKET | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 70.19 | | 82,647.85 |
| 04/02/07 | 13 | ESSEX ANTIQUES & COLLECTIBLES LTD. | Sale of Inventory <br> Memo Amount:    12,481.57 | 1129-000 | 6,864.86 | | 89,512.71 |
| | | RICHARD MELISKA | Sale of Equipment and Inventory <br> Memo Amount:  (    5,616.71 ) <br> Auctioneer Commission | 3610-000 | | | |
| 04/30/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 72.81 | | 89,585.52 |
| 05/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 76.09 | | 89,661.61 |
| 06/29/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 73.69 | | 89,735.30 |
| 07/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 76.22 | | 89,811.52 |
| 08/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 76.28 | | 89,887.80 |
| 09/28/07 | 1 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 57.25 | | 89,945.05 |
| 10/31/07 | 1 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 57.30 | | 90,002.35 |
| 11/30/07 | 1 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 48.08 | | 90,050.43 |
| 12/31/07 | 1 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 43.05 | | 90,093.48 |
| 01/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 35.70 | | 90,129.18 |
| 02/05/08 | 001001 | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment | 2300-000 | | 81.77 | 90,047.41 |

Page Subtotals       7,551.52        81.77

Ver  15.06b

LFORM24
**UST Form 101-7-TDR (9/1/2009)** *(Page: 16)*

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| | |
|---|---|
| Case No: | 06-09118 -ERW |
| Case Name: | PUSATERI, THOMAS A. |
| | PUSATERI, LAURA L. |
| Taxpayer ID No: | 75-6798062 |
| For Period Ending: | 02/15/10 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3613  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 420 701 Poydras Street New Orleans, LA  70139 | | | | | |
| 02/29/08 | 1 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 21.41 | | 90,068.82 |
| 03/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 21.29 | | 90,090.11 |
| 04/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 18.46 | | 90,108.57 |
| 05/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 11.44 | | 90,120.01 |
| 06/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 11.09 | | 90,131.10 |
| 07/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 13.91 | | 90,145.01 |
| 08/29/08 | 1 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 19.09 | | 90,164.10 |
| 09/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 18.48 | | 90,182.58 |
| 10/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.200 | 1270-000 | 16.39 | | 90,198.97 |
| 11/28/08 | 1 | BANK OF AMERICA | Interest Rate 0.200 | 1270-000 | 14.78 | | 90,213.75 |
| 12/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 9.08 | | 90,222.83 |
| 01/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 1.52 | | 90,224.35 |
| 02/27/09 | 1 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 1.38 | | 90,225.73 |

Page Subtotals    178.32    0.00

Ver 15.06b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| | |
|---|---|
| Case No: | 06-09118 -ERW |
| Case Name: | PUSATERI, THOMAS A |
| | PUSATERI, LAURA L. |
| Taxpayer ID No: | 75-6798062 |
| For Period Ending: | 02/15/10 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3613  MONEY MARKET |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000 | 1.54 | | 90,227.27 |
| 04/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.71 | | 90,230.98 |
| 05/26/09 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 3.09 | | 90,234.07 |
| 05/26/09 | | Transfer to Acct #*******5379 | Final Posting Transfer | 9999-000 | | 90,234.07 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 12,481.57 | COLUMN TOTALS | | 90,390.20 | 90,390.20 | 0.00 |
| Memo Allocation Disbursements: | 5,616.71 | Less:  Bank Transfers/CD's | | 0.00 | 90,234.07 | |
| | | Subtotal | | 90,390.20 | 156.13 | |
| Memo Allocation Net: | 6,864.86 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 90,390.20 | 156.13 | |

Page Subtotals            8.34        90,234.07

Ver  15.06b

LFORM24
**UST Form 101-7-TDR (9/1/2009)** *(Page: 18)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    5

Exhibit 9

| | | |
|---|---|---|
| Case No: | 06-09118 -ERW | |
| Case Name: | PUSATERI, THOMAS A. | |
| | PUSATERI, LAURA L. | |
| Taxpayer ID No: | 75-6798062 | |
| For Period Ending: | 02/15/10 | |

| | | |
|---|---|---|
| Trustee Name: | Frances Gecker | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | *******5379  GENERAL CHECKING | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0 00 |
| 05/26/09 | | Transfer from Acct #*******3613 | Transfer In From MMA Account | 9999-000 | 90,234.07 | | 90,234.07 |
| 06/25/09 | 001000 | FRANCES GECKER FRANK/GECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL  60610 | Chapter 7 Compensation/Fees | 2100-000 | | 8,050 01 | 82,184 06 |
| 06/25/09 | 001001 | FRANK/GECKER LLP 325 N. LaSalle Street Suite 625 Chicago, Illinois  60654 | Attorney for Trustee Fees (Trustee | | | 6,733.49 | 75,450.57 |
| | | | Fees          6,670.00 | 3110-000 | | | 75,450.57 |
| | | | Expenses        63.49 | 3120-000 | | | 75,450.57 |
| 06/25/09 | 001002 | ALAN D. LASKO & ASSOCIATES, P.C. 29 S. LASALLE STREET SUITE 1240 CHICAGO, IL 60603 | Accountant for Trustee Fees (Other | | | 1,587.60 | 73,862.97 |
| | | | Fees          1,571.50 | 3410-000 | | | 73,862.97 |
| | | | Expenses        16.10 | 3420-000 | | | 73,862.97 |
| 06/25/09 | 001003 | Recovery Management Systems Corporation For GE Money Bank dba EXXONMOBIL 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Claim 000001, Payment 54% | 7100-000 | | 189.58 | 73,673.39 |
| | | | Page Subtotals | | 90,234.07 | 16,560.68 | |

UST Form 101-7-TDR (9/1/2009) (Page: 19)

Ver  15 06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    6

Exhibit 9

| | |
|---|---|
| Case No: | 06-09118 -ERW |
| Case Name: | PUSATERI, THOMAS A. |
| | PUSATERI, LAURA L |
| Taxpayer ID No: | 75-6798062 |
| For Period Ending: | 02/15/10 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5379  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trns. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/25/09 | 001004 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000002, Payment 54% | 7100-000 | | 1,499.52 | 72,173.87 |
| 06/25/09 | 001005 | Malhame<br>Regina Press & Malco Gift<br>10 Hub Drive<br>Melville, NY 11747 | Claim 000003, Payment 54% | 7100-000 | | 413.84 | 71,760.03 |
| 06/25/09 | 001006 | Lighthouse Marketing Ltd.<br>70 Twine Mill Road<br>PO BOx 459<br>West Kennebunk, ME 04094 | Claim 000004, Payment 54% | 7100-004 | | 133.80 | 71,626.23 |
| 06/25/09 | 001007 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000005, Payment 54% | 7100-000 | | 6,811.79 | 64,814.44 |
| 06/25/09 | 001008 | American Express Travel Related Services Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000006, Payment 54% | 7100-000 | | 321.81 | 64,492.63 |
| 06/25/09 | 001009 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000007, Payment 54% | 7100-000 | | 2,094.50 | 62,398.13 |

Page Subtotals            0.00        11,275.26

Ver: 15.06b

LFORM24    UST Form 101-7-TDR (9/1/2009) *(Page: 20)*

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   7

Exhibit 9

Case No:      06-09118 -ERW
Case Name:    PUSATERI, THOMAS A
              PUSATERI, LAURA L.

Taxpayer ID No:   75-6798062
For Period Ending:  02/15/10

Trustee Name:            Frances Gecker
Bank Name:               BANK OF AMERICA
Account Number / CD #:   *******5379  GENERAL CHECKING

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 06/25/09 | 001010 | Lyon Design, Inc.<br>2440 South 3600 West<br>P O BOX 27873<br>Salt Lake City, UT 84119 | Claim 000008, Payment 54% | 7100-000 | | 163.34 | 62,234.79 |
| 06/25/09 | 001011 | Enesco<br>225 Windsor Dr<br>Itasca, Il L 60143 | Claim 000009, Payment 54% | 7100-000 | | 2,676.00 | 59,558.79 |
| 06/25/09 | 001012 | Precious Moments, Inc.<br>PO Box 843205<br>Kansas City, MO 64184-3205 | Claim 000010, Payment 54% | 7100-000 | | 566.95 | 58,991.84 |
| 06/25/09 | 001013 | US BANK<br>PO BOX 5229<br>CINCINNATI, OHIO 45201 | Claim 000011, Payment 54% | 7100-000 | | 9,545.29 | 49,446.55 |
| 06/25/09 | 001014 | Citibank ( South Dakota ) N.A.<br>DBA SEARS<br>POB 182149<br>Columbus, OH 43218 | Claim 000012, Payment 54% | 7100-000 | | 1,550.47 | 47,896.08 |
| 06/25/09 | 001015 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | Claim 000013, Payment 54% | 7100-000 | | 7,384.89 | 40,511.19 |
| 06/25/09 | 001016 | Chase Bank USA, N.A. | Claim 000014, Payment 54% | 7100-000 | | 3,483.60 | 37,027.59 |

Page Subtotals          0.00      25,370.54

Ver  15.06b

I.FORM24  UST Form 101-7-TDR (9/1/2009) *(Page: 21)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    8

Exhibit 9

Case No:        06-09118 -ERW
Case Name:      PUSATERI, THOMAS A.
                PUSATERI, LAURA L
Taxpayer ID No: 75-6798062
For Period Ending: 02/15/10

Trustee Name:               Frances Gecker
Bank Name:                  BANK OF AMERICA
Account Number / CD #:      *******5379  GENERAL CHECKING

Blanket Bond (per case limit):    $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Wemstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA 98121 | | | | | |
| 06/25/09 | 001017 | Citibank/CHOICE Exception Payment Processing P.O. Box 6305 The Lakes, NV 88901-6305 | Claim 000015, Payment 54% | 7100-000 | | 5,882.04 | 31,145 55 |
| 06/25/09 | 001018 | Citibank/CHOICE Exception Payment Processing P.O. Box 6305 The Lakes, NV 88901-6305 | Claim 000016, Payment 54% | 7100-000 | | 16,220.03 | 14,925 52 |
| 06/25/09 | 001019 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000017, Payment 54% | 7100-000 | | 9,281.24 | 5,644.28 |
| 06/25/09 | 001020 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000018, Payment 54% | 7100-000 | | 5,411.08 | 233.20 |
| 06/25/09 | 001021 | Dennis East International, Inc. PO Box 8 17 Shad Hole Road Dennis Port, MA 02639 | Claim 000019, Payment 54% | 7100-000 | | 233.20 | 0.00 |

Page Subtotals        0 00        37,027.59

Ver: 15 06b

UST Form 101-7-TDR (9/1/2009) *(Page: 22)*

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    9

Exhibit 9

| | |
|---|---|
| Case No: | 06-09118 -ERW |
| Case Name: | PUSATERI, THOMAS A. |
| | PUSATERI, LAURA L. |
| Taxpayer ID No: | 75-6798062 |
| For Period Ending: | 02/15/10 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ******5379  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 09/23/09 | 001006 | Lighthouse Marketing Ltd.<br>70 Twins Mill Road<br>PO BOx 459<br>West Kennebunk, ME 04094 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -133.80 | 133.80 |
| 10/14/09 | 001022 | CLERK OF THE U.S. BANKRUPTCY COURT<br>for the Northern District of Illinois<br>Eastern Division<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Unclaimed Funds<br>Claimant Lighthouse Marketing never cashed check -<br>was reissued and sent to Court. | 7100-001 | | 133.80 | 0.00 |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 90,234.07 | 90,234.07 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 90,234.07 | 0.00 |
| | | Subtotal | 0.00 | 90,234.07 |
| Memo Allocation Net: | 0.00 | Less   Payments to Debtors | | 0.00 |
| | | Net | 0.00 | 90,234.07 |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 12,481.57 | | | | ACCOUNT |
| Total Allocation Disbursements: | 5,616.71 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCE |
| | | MONEY MARKET - ******3613 | 90,390.20 | 156.13 | 0.00 |
| Total Memo Allocation Net: | 6,864.86 | GENERAL CHECKING - ******5379 | 0.00 | 90,234.07 | 0.00 |
| | | | 90,390.20 | 90,390.20 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver  15 06b

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 23)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   10

Exhibit 9

| Case No: | 06-09118 -ERW |
|---|---|
| Case Name: | PUSATERI, THOMAS A. |
| | PUSATERI, LAURA L. |
| Taxpayer ID No: | 75-6798062 |
| For Period Ending: | 02/15/10 |

| Trustee Name: | Frances Gecker |
|---|---|
| Bank Name | BANK OF AMERICA |
| Account Number / CD #: | *******5379  GENERAL CHECKING |
| Blanket Bond (per case limit) | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Frances Gecker, Trustee

/s/   Frances Gecker

Trustee's Signature: _____  Date: _____

FRANCES GECKER

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver  15.06b

LP/FORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 24)*